JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 07-1290 AG (CTx) | Date | October 7, 2009 |
|---|---|---|---|
| Title | VINCENT D. MARSHELL v. IMPAC FUNDING CORPORATION; IMPAC HOLDINGS, INC.; and DOES 1 through 200, inclusive | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |

**Proceedings:**      [IN CHAMBERS] ORDER DISMISSING CASE

The parties filed a stipulation to dismiss this case "with prejudice as to plaintiffs' individual claims, and without prejudice to the claims, if any, of any and all putative class members." (Stipulation of Voluntary Dismissal at 2.) The Court DISMISSES this case in accordance with the stipulation.

                                                                                              :    0

Initials of Preparer           lmb